Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

MICHAEL IUPPA and Others, Respondents, v. AARON ANGERT and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed briefs by January tenth and be ready for argument on January fourteenth.

In the Matter of the Appointment of Hon. NATHANIEL FOOTE as an Official Referee.— Hon. Nathaniel Foote is appointed an official referee, pursuant to the provisions of section 115 of the Judiciary Law.*

HEALY B. CROSS, Respondent, v. MAUDE E. CROSS, Appellant.— Order modified by adding thereto a provision that at the option of the defendant she may withdraw her counterclaim and consent to a discontinuance thereof, without costs, and without prejudice to another action or any other proceeding, as she may be advised, and as so modified, the order is affirmed, without costs of this appeal to either party. All concur.

JULIA WEGMAN PAGE, Respondent, v. CAYUGA COUNTY NATIONAL BANK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

PAULINE G. BATES, Respondent, v. HARRY A. BATES, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

LENA BEVAN, as Administratrix, etc., of THOMAS F. BEVAN, Deceased, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment affirmed, with costs. All concur.

GRACE MCCLURE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

MODELLA GRAY, Respondent, v. SENECA AMUSEMENT COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur.

MARK A. THOMPSON, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FREDERICK H. EBELING, Appellant, v. FRANK N. KYSER and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FREDERICK W. BARKER and Others, as Executors, etc., Respondents, v. WILLIAM S. HAWK and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

SAMUEL W. LUITWIELER, Appellant, v. LUITWIELER PUMPING ENGINE COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs.

WALTER GUTZMER, an Infant, etc., Respondent, v. MILLHAM REALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES S. KENT, Appellant, v. ABRAM C. YOUNG and Others, Respondents.— Appeal dismissed, unless appellant shall file and serve the printed papers on appeal within twenty days, pay to respondents' attorneys ten dollars, and be ready for argument at the opening of the March term.

---

* Amd. by Laws of 1918, chap. 222.— [REP.